UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOE A. PENNINGTON, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) No. 3:05-1075 |
| | ) Judge Echols |
| | ) |
| METROPOLITAN GOVERNMENT OF | ) |
| NASHVILLE AND DAVIDSON | ) |
| COUNTY, TENNESSEE, *et al.*, | ) |
| | ) |
|     Defendants. | ) |

## ORDER

As stated herein and in the Memorandum issued contemporaneously herewith, the Court rules as follows:

(1) Defendants' Motion For Leave To File Reply (Docket Entry No. 61) is hereby GRANTED. The Clerk is directed to file as a separate document the Reply attached to Docket Entry No. 61.

(2) Defendants' Motion For Summary Judgment (Docket Entry No. 46) is hereby GRANTED.

(3) This case is hereby DISMISSED WITH PREJUDICE.

(4) Entry of this Order on the docket shall constitute entry of final Judgment in accordance with Federal Rules of Civil Procedure 58 and 79(a).

It is so ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE